Jerald Jay ZEGER, Plaintiff–Appellant,

v.

BOARD OF VISITORS, THE NAVAL ACADEMY; Joseph Spinelli; Peter Firenzi; Michael Horean; Kerry Taylor; Monica Tomaszewski; Leah Se Los Reyes; Linda–MD Kirilenko; The Board of Regents, University of Maryland, Defendants–Appellees.

No. 02–1484.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 18, 2002.

Decided Dec. 18, 2002.

Jerald Jay Zeger, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerald Jay Zeger appeals the district court's order dismissing his civil rights complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Zeger v. Board of Visitors*, No. CA–02–652–MJG (D.Md. Mar. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*